156 A.3d 1042

IN THE MATTER OF JOHN L. WEICHSEL, AN ATTORNEY
AT LAW (ATTORNEY NO. 28161972)

MARCH 28, 2017

## ORDER

This matter having been duly presented, it is ORDERED that **JOHN L. WEICHSEL** of **HACKENSACK,** who was admitted to the bar of this State in 1972, and who was suspended from the practice of law for a period of three months, effective December 16, 2016, by Order of this Court filed November 17, 2016, be restored to the practice of law, effective immediately.